AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| ALEXSAM, INC.<br><br>*Plaintiff(s)*<br>v.<br>WAGEWORKS, INC.<br><br>*Defendant(s)* | Civil Action No. 4:19-cv-04538 KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  WAGEWORKS, INC.
c/o National Registered Agents, Inc.
818 West Seventh Street, Suite 930
Los Angeles, California 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Steven W. Ritcheson
INSIGHT, PLC
578 Washington Blvd. #503
Marina del Rey, California 90292
Telephone: (424) 289-9191; Facsimile: (818) 337-0383
Email: swritcheson@insightplc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date: 08/13/2019

*Signature of Clerk or Deputy Clerk*